**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-2842**

———————

CHARLES C. ESTELLE, JR.; CHARLES C. ESTELLE,
SR.,

                                        Plaintiffs - Appellants,

        versus

COUNTY OF MONTGOMERY, MARYLAND; CLARENCE
EDWARDS, Police Chief, County of Montgomery;
STEPHEN DECARLO, Officer; OTHER UNKNOWN
OFFICERS OF THE MONTGOMERY COUNTY POLICE
DEPARTMENT,

                                        Defendants - Appellees,

        and

STATE OF MARYLAND; ANDREW L. SONNER; ALEXANDER
FOSTER; PATRICK BATES; GOOD COUNSEL HIGH
SCHOOL, Xavieran Brothers; MICHAEL MURPHY,
President,

                                        Defendants.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-94-2648-AW, CA-94-3241-AW)

———————

Submitted:  May 16, 1996            Decided:  May 28, 1996

———————

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles C. Estelle, Jr., and Charles C. Estelle, Sr., Appellants Pro Se.  James Louis Parsons, Jr., COUNTY ATTORNEY'S OFFICE, Rockville, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's order denying relief on their 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Estelle v. County of Montgomery, Nos. CA-94-2648-AW; CA-94-3241-AW (D. Md. Sept. 19 & Oct. 4, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED